UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES PETTUS,

               Plaintiff,

-against-

LORETA SWAIN CHIEF JUDGE; DEBRA LIVINGSTON CHIEF JUDGE; JOHN, JANE DOES ALL AND ANY JUDGES ON THE SECOND CIRCUIT,

               Defendants.

25-CV-7440 (LLS)

ORDER OF DISMISSAL UNDER 28 U.S.C. § 1651

LOUIS L. STANTON, United States District Judge:

    On February 4, 2005, the court barred Plaintiff James Pettus from filing future civil actions in this court without first obtaining from the court leave to file. *See Pettus v. Clarke*, No. No. 05-CV-1439, 5 (MBM) (S.D.N.Y. Feb. 4, 2005) (electronic docket entry), *appeal dismissed as frivolous*, No. 05-1314 (2d Cir. Sept. 29, 2005) (electronic docket entry). Plaintiff, proceeding *pro se*, brings this new civil action seeking leave to proceed *in forma pauperis*, but he has not sought leave from the court to file this action. The Court therefore dismisses the action without prejudice, due to Plaintiff's failure to comply with the February 4, 2005 judgment in *Pettus*, No. 05-CV-1439, 5.

    The Clerk of Court is directed to enter judgment in this action.

SO ORDERED.

Dated:   September 24, 2025
           New York, New York

                                          *Louis L. Stanton*
                                            Louis L. Stanton
                                                 U.S.D.J.