**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JAMES PETTUS,

                Plaintiff,

  -against-                                   25 **CIVIL** 7440 (LLS)

                                                            **JUDGMENT**

LORETA SWAIN CHIEF JUDGE; DEBRA
LIVINGSTON CHIEF JUDGE; JOHN, JANE
DOES ALL AND ANY JUDGES ON THE
SECOND CIRCUIT,

                Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 25, 2025, the Court has dismissed the action without prejudice, due to Plaintiff's failure to comply with the February 4, 2005 judgment in *Pettus*, No. 05-CV-1439, 5.

**Dated:** New York, New York

       September 29, 2025

                                                              **TAMMI M. HELLWIG**
                                                              _____
                                                                 **Clerk of Court**

                               **BY:**        K. Mango
                                                                 _____
                                                                **Deputy Clerk**